Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−14729−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christian Y. Rodriguez
   23 Avenue C
   Lodi, NJ 07644

Social Security No.:
   xxx−xx−2376

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 5, 2021.

Dated: August 6, 2021
JAN: slm

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14729-RG |
| Christian Y. Rodriguez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 06, 2021 | Form ID: plncf13 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian Y. Rodriguez, 23 Avenue C, Lodi, NJ 07644-1815 |
| 519232562 | + | Lalaine Santiago, 23 Avenue C, Lodi, NJ 07644-1815 |
| 519275481 | + | Nordstrom, INC, Jefferson Capital Systems LLC; Assignee, PO BOX 7999, SAINT CLOUD MN 56302-7999 |
| 519232564 | + | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 519232565 | + | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 130, LIVERPOOL, NY 13088-0130 |
| 519232567 | + | Rocco Sconzo, Court Officer, PO Box 871, Saddle Brook, NJ 07663-0871 |
| 519232568 | + | STERLING JEWELERS, INC., ATTN: BANKRUPTCY, PO BOX 1799, AKRON, OH 44309-1799 |
| 519256319 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519261342 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519232572 | + | THE MONEY SOURCE INC., 500 SOUTH BROAD STREET, SUITE 100A, MERIDEN, CT 06450-6755 |
| 519232571 | + | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519273695 | + | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519232552 | + | Email/Text: backoffice@affirm.com | Aug 06 2021 20:27:00 | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 519232553 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 06 2021 20:35:09 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519232554 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Aug 06 2021 20:35:04 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519232555 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 06 2021 20:35:09 | CAPITAL ONE/WALMART, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519232557 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2021 20:35:12 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 519232559 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 06 2021 20:27:00 | COMENITY BANK/KAY JEWELERS, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519249630 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 06 2021 20:34:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519249631 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 06 2021 20:35:12 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519232558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 21-14729-RG    Doc 17    Filed 08/08/21    Entered 08/09/21 00:16:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: plncf13 | Total Noticed: 35 |

| | | | |
|---|---|---|---|
| | | Aug 06 2021 20:34:58 | Citibank,NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 519232560 | + Email/Text: mrdiscen@discover.com | Aug 06 2021 20:26:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 519232561 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2021 20:34:58 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 519237207 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 06 2021 20:35:12 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519236388 | Email/Text: mrdiscen@discover.com | Aug 06 2021 20:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519275447 | + Email/Text: JCAP_BNC_Notices@jcap.com | Aug 06 2021 20:27:00 | First Financial Investment Fund Holdings, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519237037 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 20:35:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519232563 | + Email/Text: bnc@nordstrom.com | Aug 06 2021 20:27:11 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 519278041 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 06 2021 20:35:02 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519232566 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 06 2021 20:35:11 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 519232569 | + Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 20:35:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519232570 | Email/Text: bankruptcy@td.com | Aug 06 2021 20:27:00 | TD BANK, N.A., 32 CHESTNUT STREET, PO BOX 1377, LEWISTON, ME 04243 |
| 519279575 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 06 2021 20:34:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519232556 | *+ | CAPITAL ONE/WALMART, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021        Signature:        /s/Joseph Speetjens

Case 21-14729-RG    Doc 17    Filed 08/08/21    Entered 08/09/21 00:16:06    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: plncf13 | Total Noticed: 35 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor The Money Source Inc. rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Christian Y. Rodriguez ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5