| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* |
| In re:<br><br>Christian Y. Rodriguez<br><br>                                          Debtor. |

Chapter 13

Case No. 21-14729-RG

Hearing Date: October 20, 2021

Judge Rosemary Gambardella

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Resolving Motion to Vacate Automatic Stay and Co-Debtor Stay ("Consent Order") submitted to the Court and agreed to by The Money Source Inc. ("Creditor") and the Debtor, the following conditions have been met:

(a)  The terms of the Consent Order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/_____ on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

(c)  I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

|  |  |
|---|---|
|  | Stewart Legal Group, P.L. |
|  | Attorney for The Money Source Inc. |
| Dated: November 16, 2021 | By: */s/Gavin N. Stewart* |
|  | Gavin N. Stewart, Esq. |

Case 21-14729-RG    Doc 30    Filed 11/16/21    Entered 11/16/21 06:00:36    Desc Main
Document    Page 2 of 2