**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

CHRISTIAN Y. RODRIGUEZ

Order Filed on March 16, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  21-14729 RG**

**Hearing Date:  3/23/2022**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 16, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  CHRISTIAN Y. RODRIGUEZ

Case No.:  21-14729

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 03/23/2022 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $410.00 to the Trustee's office by 3/14/2022 or the case will be
  dismissed; and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $414.00
  starting on 4/1/2022 for the remaining 51 month(s); and it is further

- ORDERED, that in the event that the electronic payment is reversed and/or Debtor(s) request a stop
  payment on certified funds, the case will be dismissed upon the Trustee submitting a dismissal order
  without any further hearings or notice to Debtor or Debtor's Attorney.