**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   CHRISTIAN Y. RODRIGUEZ

**Order Filed on July 21, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  21-14729 RG**

**Hearing Date:  7/20/2022**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 21, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  CHRISTIAN Y. RODRIGUEZ

Case No.:  21-14729

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/20/2022 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay the Trustee $1,656.02 to bring current through July 22' by

    7/31/2022 or the case will be dismissed upon the Trustee submitting a dismissal order without any further

    hearings or notice to Debtor or Debtor's Attorney.