Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−14729−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Christian Y. Rodriguez
 23 Avenue C
 Lodi, NJ 07644

Social Security No.:
 xxx−xx−2376

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/2/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 2, 2022
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Christian Y. Rodriguez  
    Debtor

Case No. 21-14729-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 02, 2022      Form ID: 148      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian Y. Rodriguez, 23 Avenue C, Lodi, NJ 07644-1815 |
| cr | + | The Money Source Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 519232562 | + | Lalaine Santiago, 23 Avenue C, Lodi, NJ 07644-1815 |
| 519232567 | + | Rocco Sconzo, Court Officer, PO Box 871, Saddle Brook, NJ 07663-0871 |
| 519256319 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519261342 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 02 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 02 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519232552 | + | Email/Text: backoffice@affirm.com | Aug 02 2022 20:36:00 | AFFIRM, INC., ATTN: BANKRUPTCY, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 519232553 | + | EDI: CAPITALONE.COM | Aug 03 2022 00:28:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519232554 | + | EDI: CAPONEAUTO.COM | Aug 03 2022 00:28:00 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519232555 | + | EDI: CAPITALONE.COM | Aug 03 2022 00:28:00 | CAPITAL ONE/WALMART, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519232557 | | EDI: CITICORP.COM | Aug 03 2022 00:28:00 | CITIBANK NORTH AMERICA, CITIBANK SD MC 425, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 519232559 | | EDI: WFNNB.COM | Aug 03 2022 00:28:00 | COMENITY BANK/KAY JEWELERS, ATTN: BANKRUPTCY, PO BOX 182125COLUMBUS, COLUMBUS, OH 43218 |
| 519249630 | + | EDI: AIS.COM | Aug 03 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519249631 | + | EDI: AIS.COM | Aug 03 2022 00:28:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519232558 | + | EDI: CITICORP.COM | Aug 03 2022 00:28:00 | Citibank,NA, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 519232560 | + | EDI: DISCOVER.COM | Aug 03 2022 00:28:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519232561 | + | EDI: CITICORP.COM | Aug 03 2022 00:28:00 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 519237207 | + | EDI: AIS.COM | Aug 03 2022 00:28:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519236388 | | EDI: DISCOVER.COM | Aug 03 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519275447 | + | EDI: JEFFERSONCAP.COM | Aug 03 2022 00:28:00 | First Financial Investment Fund Holdings, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519237037 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2022 20:44:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519232563 | + | Email/Text: bnc@nordstrom.com | Aug 02 2022 20:35:03 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 519275481 | + | EDI: JEFFERSONCAP.COM | Aug 03 2022 00:28:00 | Nordstrom, INC, Jefferson Capital Systems LLC; Assignee, PO BOX 7999, SAINT CLOUD MN 56302-7999 |
| 519278041 | | EDI: PRA.COM | Aug 03 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519232564 | | Email/Text: signed.order@pfwattorneys.com | Aug 02 2022 20:35:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519232565 | ^ | MEBN | Aug 02 2022 20:34:24 | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 130, LIVERPOOL, NY 13088-0130 |
| 519232566 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2022 20:44:13 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 519232568 | ^ | MEBN | Aug 02 2022 20:33:43 | STERLING JEWELERS, INC., ATTN: BANKRUPTCY, PO BOX 1799, AKRON, OH 44309-1799 |
| 519232569 | + | EDI: RMSC.COM | Aug 03 2022 00:28:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519232570 | | EDI: TDBANKNORTH.COM | Aug 03 2022 00:28:00 | TD BANK, N.A., 32 CHESTNUT STREET, PO BOX 1377, LEWISTON, ME 04243 |
| 519261342 | + | EDI: CBSTDR | Aug 03 2022 00:28:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519232572 | + | Email/Text: BK@servicingdivision.com | Aug 02 2022 20:35:00 | THE MONEY SOURCE INC., 500 SOUTH BROAD STREET, SUITE 100A, MERIDEN, CT 06450-6755 |
| 519232571 | + | Email/Text: ClericalSupport@tenagliahunt.com | Aug 02 2022 20:35:00 | Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519273695 | + | Email/Text: BK@servicingdivision.com | Aug 02 2022 20:35:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519279575 | + | EDI: AIS.COM | Aug 03 2022 00:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519232556 | *+ | CAPITAL ONE/WALMART, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 02, 2022 | Form ID: 148 | Total Noticed: 36 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2022             Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2022 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
on behalf of Creditor The Money Source Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Rebecca Ann Solarz
on behalf of Creditor The Money Source Inc. rsolarz@kmllawgroup.com

Russell L. Low
on behalf of Debtor Christian Y. Rodriguez ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6